STATE OF NEW JERSEY, IN THE INTEREST OF C. J.

September 30, 1975. Petition for certification denied.

WILLIAM M. GROSS v.
TOYOTA MOTOR SALES, U. S. A., INC.

September 30, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. JAMES ROWE.

September 30, 1975. Petition for certification denied.

FRANK MAZZITELLE v. GRAND UNION, INC.

September 30, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT CUMMINGS.

September 30, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. SARAH JEAN LAMB.

September 30, 1975. Petition for certification granted.
(See 134 *N. J. Super.* 575)